**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-6362**

SUNDARI K. PRASAD, f/k/a Aurealia N. Nelson,

        Plaintiff - Appellant,

     v.

DELTA SIGMA THETA SORORITY, INC., ETA Tau Chapter,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  M. Hannah Lauck, District Judge.  (3:16-cv-00897-MHL-RCY)

Submitted: October 19, 2018              Decided:  November 1, 2018

Before NIEMEYER, MOTZ, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Sundari K. Prasad, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sundari K. Prasad appeals the district court's order denying her Fed. R. Civ. P. 59(e) motion to alter or amend the court's prior order dismissing as frivolous Prasad's civil rights action.[*] We have reviewed the record in conjunction with Prasad's informal brief and find no reversible error.

The district court did not abuse its discretion in denying Prasad's request for relief under Rule 59(e). *See Mayfield v. Nat'l Ass'n for Stock Car Auto Racing, Inc.*, 674 F.3d 369, 378 (4th Cir. 2012) (stating standard of review). Specifically, Prasad did not advance an intervening change in controlling law or new evidence that was unavailable prior to the entry of the court's initial dismissal order. *See id.* (setting forth grounds for granting a Rule 59(e) motion). Nor did Prasad establish a clear legal error in the court's earlier ruling or a manifest injustice warranting the grant of Rule 59(e) relief. *Robinson v. Wix Filtration Corp. LLC*, 599 F.3d 403, 407-09 (4th Cir. 2010). Accordingly, we affirm the district court's order. *See Prasad v. Delta Sigma Theta Sorority, Inc.*, No. 3:16-cv-00897-MHL-RCY (E.D. Va. Mar. 30, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] We previously affirmed the dismissal order. *See Prasad v. Delta Sigma Theta Sorority, Inc.*, 712 F. App'x 336 (4th Cir. 2018) (No. 17-7376).

2